UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| SHAW, KYLE EVAN | ) | BANKRUPTCY CASE 09-12661 |
| SHAW, SARAH JO | ) | Chapter 7 |
| | ) | |
| DEBTORS. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| Claim #3 | Asset Acceptance<br>P.O. Box 2036<br>Warren, MI  48090 | $2.11 |
| Claim #8 | Endodontic Associates<br>4640 W. Jefferson Blvd.<br>Fort Wayne, IN  46804 | $2.82 |
| Claim #13 | Preferred Anesthesia<br>1818 Carew Street #220<br>Fort Wayne, IN  46805 | $1.11 |
| Claim #17 | Preferred Anesthesia Consultants<br>c/o Roebel & Associates, LLC<br>912 South Calhoun Street<br>Fort Wayne, IN  46802 | $2.38 |
| Claim #19 | Herbert P. Trier, MD<br>310 E. Dupont Road, Suite 2<br>Fort Wayne, IN  46825 | $3.61 |
| Claim #20 | American Express Centurion<br>c/o Becket & Lee LLP<br>P.O. Box 3001<br>Malvern, PA  19355-0701 | $2.07 |
| Claim #21 | Medical Group of Fort Wayne<br>P.O. Box 2505<br>Fort Wayne, IN  46801-2505 | $ .32 |
| Claim #22 | Lutheran Medical Group<br>16713 Collection Center Drive<br>Chicago, IL  60693 | $ .20 |
| Claim #24 | Total Recovery Services<br>2417 Spy Run Avenue, Apt. 5<br>Fort Wayne, IN  46805 | $3.00 |

| | | |
|---|---|---|
| Claim #26 | United Parcel Service<br>Receiveable Management Services<br>P.O. Box 4396<br>Timonium, MD  21094 | $3.09 |
| Claim #28 | Verizon<br>404 Brock Drive<br>Bloomington, IL  61701 | $4.55 |
| Claim #29 | Verizon Wireless<br>P.O. Box 3397<br>Bloomington, IL  61702 | $1.76 |
| Claim #30 | Capital Recovery III, LLC<br>Recovery Management Systems Corp.<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL  33131 | $2.69 |
| Claim #33 | Womens Health Advantage<br>c/o Snow & Sauerteig<br>203 E. Berry Street, Suite 1310<br>Fort Wayne, IN  46802 | $1.20 |
| Claim #34 | Redi Med<br>c/o Snow & Sauerteig<br>203 E. Berry Street, Suite 1310<br>Fort Wayne, IN  46802 | $ .81 |
| Claim #35 | Allied Hospital<br>c/o Snow & Sauerteig<br>203 E. Berry Street, Suite 1310<br>Fort Wayne, IN  46802 | $1.77 |

Total Check Amount =  $33.49

Respectfully submitted,

/s/ Dustin M. Roach
Dustin M. Roach, Chapter 7 Trustee
436 East Wayne Street
Fort Wayne, Indiana   46802
Telephone: 260-424-8132
dmrtrustee@vgtlaw.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of October 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

/s/ Dustin M. Roach
Dustin M. Roach, Trustee